## Trustees of Plymouth Church *v.* Bueter, Treasurer, et al.

[No. 22,747. Filed March 31, 1916. Rehearing denied February 21, 1917.]

From Allen Circuit Court; *John W. Eggeman,* Judge.

Action by the Trustees of Plymouth Congregational Church against J. Herman Bueter, treasurer, and others. From a judgment for defendants, the plaintiffs appeal. *Reversed.*

*Arthur W. Parry,* for appellants.

*Guy Colerick, Barrett, Morris & Hoffman* and *Taylor & Hulse,* for appellees.

LAIRY, J.—All of the questions presented in this case are identical with questions presented in the case of *Wilt* v. *Bueter* (1916), *ante* 98, 115 N. E. 49. While some of the questions there involved are not in issue here, all questions raised on this appeal were decided in that case and, upon the principles there announced, the judgment of the Allen Circuit Court in this cause is reversed, with directions to that court to restate its conclusions of law in accordance with this opinion.

## State of Indiana *v.* Watson.

[No. 23,051. Filed April 27, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Tom Watson. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, *Wilbur T. Gruber* and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

ERWIN, J.—The same questions are presented by this appeal as were presented and decided in the case of *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929, at the present term of this court. On the authority of that case the judgment herein is affirmed.